## Greensburg City Annexation Case. Hempfield Township Appeal (No. 2).

Argued November 13, 1970. *Robert M. Stefanon,* for appellant; *Joseph B. Mitinger,* for appellee.

OPINION BY MONTGOMERY, J.:

These proceedings were pending at the time of the election held April 23, 1968, and the issues raised by this appeal are resolved in the manner indicated in the opinion of this Court in the case of *Hempfield Township Appeal (No. 1),* 217 Pa. Superior Ct. 439, 272 A. 2d 729 (1970).

Order affirmed.